Case 1:21-cr-00028-WS   Document 75   Filed 12/27/21   Page 1 of 11   PageID #: 245



CJB

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
DEC 27 2021
CHARLES R. DIARD, JR
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIM. NO. 21-cr-00028-WS |
| v. | * USAO NO. 20R00337 |
| | * |
| KAMORU TEMITOPE ADEBAYO | * VIOLATIONS: |
|    a.k.a. "Baba Quddus" | *    18 U.S.C. § 1349 |
|    a.k.a. "Captain Temmy" | *    18 U.S.C. § 1030(a)(4) |
|    a.k.a. "Temmy" | *    18 U.S.C. § 1512(c)(1) |
| EVELYN GREEN | *    18 U.S.C. § 1512(c)(2) |
| TEMITOPE MAJEKODUNMI | * |
| AYODELE ELIJAH ABOLARINWA | * FORFEITURE NOTICE |
|    a.k.a. "Ayodele Oladapo Abolarinwa" | * |
| ABIODUN OGUNGBENLE | * |
|    a.k.a. "Sir ABWoodgate" | * |
|    a.k.a. "Ogungbenle Soliu" | * |
| | * |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Conspiracy to Commit Wire Fraud
### Title 18, United States Code, Section 1349

1.  Beginning on an unknown date before January 4, 2019, and continuing through on or about July 7, 2021, in the Southern District of Alabama, and elsewhere, the defendants,

**KAMORU TEMITOPE ADEBAYO,
EVELYN GREEN,
TEMITOPE MAJEKODUNMI,
AYODELE ELIJAH ABOLARINWA, and
ABIODUN OGUNGBENLE**

did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other, and with others unknown to the grand jury, to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

1

## OBJECTIVE OF THE CONSPIRACY

2. The objective of this conspiracy was to obtain money from various state unemployment agencies though fraudulent means.

## MANNER AND MEANS OF THE CONSPIRACY

### Overview

3. During all times relevant to this Second Superseding Indictment, a remote access computer server — identified herein as the "Brewton Server" — was located in the Southern District of Alabama.

4. This wire fraud conspiracy centers around the unauthorized access of the Brewton Server by **ADEBAYO**, and potentially other known and unknown co-conspirators, using computers located outside the Southern District of Alabama.

5. After accessing the Brewton Server, **ADEBAYO** engaged in a scheme to defraud state unemployment agencies throughout the United States by creating fraudulent unemployment claims using personal identifying information (hereinafter "PII") belonging to other individuals.

6. By accessing state unemployment websites via wire transmissions through the Brewton Server, **ADEBAYO** was able to mask the IP addresses assigned to the computers he was using to commit this fraud scheme.

7. At no time did **ADEBAYO**, or anyone else associated with this conspiracy, ever have authorization to access the Brewton Server for any reason.

### Creation and Management of the Fraudulent Unemployment Claims

8. **ADEBAYO** accessed the Brewton Server for the purpose of creating fraudulent unemployment claims using PII belonging to other individuals.

9. Once created, **ADEBAYO** checked the status of these claims, updated information in the claims, and requested payments.

### Fraudulently Obtained Money from This Scheme

10. The purpose of creating the fraudulent unemployment claims was to obtain money from various state unemployment agencies. To accomplish this, bank accounts were opened in the United States where the unemployment payments were deposited by state agencies.

11. As part of this fraud scheme, **ADEBAYO** accessed the internet via wire transmissions through the Brewton Server to create and manage bank accounts in the United States. While the names on these bank accounts were typically the same as the names used when filing the fraudulent unemployment claims, the mailing addresses for these bank accounts were often associated with other co-conspirators, including **GREEN**.

12. Since **GREEN's** mailing address was used to open many of these bank accounts, debit cards were mailed to **GREEN's** residence in South Carolina. These debit cards allowed **GREEN** to access the funds paid out for the fraudulent claims.

13. During the course of this conspiracy, **ADEBAYO** sent instructions to **OGUNGBENLE** related to the money associated with the fraudulent unemployment claims. Thereafter, **OGUNGBENLE** relayed instructions to **GREEN** concerning how much money to withdraw, from which accounts, and where to send the money. After receiving these instructions from **OGUNGBENLE**, **GREEN** made cash withdrawals and purchased cashier's checks and money orders in South Carolina.

14. Thereafter, **GREEN** sent money to **MAJEKODUNMI** and **ABOLARINWA**, both of whom were located in the United States. In addition, **GREEN** deposited ill-gotten funds directly into a United States bank account associated with **ABOLARINWA**. Money was also sent by **ABOLARINWA** and **ADEBAYO** to a foreign bank account associated with **OGUNGBENLE**.

15. In addition to making cash withdrawals, money associated with the fraudulent unemployment claims was used to make purchases on the co-conspirators' behalf. One such

purchase was airline tickets for **MAJEKODUNMI**.

16. Furthermore, personal items were purchased using the fraudulently obtained funds, and these items were shipped to **GREEN**. After being received by **GREEN,** some of these items were domestically shipped by **GREEN** to **MAJEKODUNMI**. **MAJEKODUNMI** also shipped items internationally to **ADEBAYO**. In addition, **GREEN** internationally shipped some items to an individual identified herein as C.A. At the time of these shipments, C.A. lived less than two miles from **ADEBAYO**.

17. All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
### Accessing a Protected Computer in Furtherance of a Fraud
### Title 18, United States Code, Section 1030(a)(4)

18. The factual allegations set forth in paragraphs 3–7 of this Second Superseding Indictment are re-alleged in Count Two as though fully set forth herein.

19. On or about November 4, 2020, in the Southern District of Alabama, and elsewhere, the defendant,

**KAMORU TEMITOPE ADEBAYO,**

knowingly and with intent to defraud, accessed a protected computer, without authorization, and by means of such conduct, furthered the fraud scheme alleged in Count One.

20. Specifically, **ADEBAYO** accessed the Brewton Server, and thereafter, accessed a Bank of America Nevada Unemployment Debit Card account in the name of an individual identified herein as S.E. This account received payments from the State of Nevada associated with fraudulent unemployment claims made as part of the scheme alleged in Count One.

21. In violation of Title 18, United States Code, Section 1030(a)(4) and (c)(3)(A).

## COUNT THREE
### Accessing a Protected Computer in Furtherance of a Fraud
### Title 18, United States Code, Section 1030(a)(4)

22. The factual allegations set forth in paragraphs 3–7 of this Second Superseding

Indictment are re-alleged in Count Three as though fully set forth herein.

23. On or about November 4, 2020, in the Southern District of Alabama, and elsewhere, the defendant,

**KAMORU TEMITOPE ADEBAYO,**

knowingly and with intent to defraud, accessed a protected computer, without authorization, and by means of such conduct, furthered the fraud scheme alleged in Count One.

24. Specifically, **ADEBAYO** accessed the Brewton Server, and thereafter, accessed a Green Dot bank account in the name of an individual identified herein as K.B. This account received payments from the State of Illinois associated with fraudulent unemployment claims made as part of the scheme alleged in Count One.

25. In violation of Title 18, United States Code, Section 1030(a)(4) and (c)(3)(A).

## COUNT FOUR
### Accessing a Protected Computer in Furtherance of a Fraud
### Title 18, United States Code, Section 1030(a)(4)

26. The factual allegations set forth in paragraphs 3–7 of this Second Superseding Indictment are re-alleged in Count Four as though fully set forth herein.

27. On or about November 5, 2020, in the Southern District of Alabama, and elsewhere, the defendant,

**KAMORU TEMITOPE ADEBAYO,**

knowingly and with intent to defraud, accessed a protected computer, without authorization, and by means of such conduct, furthered the fraud scheme alleged in Count One.

28. Specifically, **ADEBAYO** accessed the Brewton Server, and thereafter, accessed two different Green Dot bank accounts, which were in the names of individuals identified herein as J.B. and J.G. Both accounts received payments from the Massachusetts Department of Unemployment Assistance associated with fraudulent unemployment claims made as part of the scheme alleged in Count One.

29. In violation of Title 18, United States Code, Section 1030(a)(4) and (c)(3)(A).

## COUNT FIVE
## Accessing a Protected Computer in Furtherance of a Fraud
## Title 18, United States Code, Section 1030(a)(4)

30. The factual allegations set forth in paragraphs 3–7 of this Second Superseding Indictment are re-alleged in Count Five as though fully set forth herein.

31. On or about November 5, 2020, in the Southern District of Alabama, and elsewhere, the defendant,

**KAMORU TEMITOPE ADEBAYO,**

knowingly and with intent to defraud, accessed a protected computer, without authorization, and by means of such conduct, furthered the fraud scheme alleged in Count One.

32. Specifically, **ADEBAYO** accessed the Brewton Server, and thereafter, accessed two different Massachusetts Department of Unemployment Assistance accounts, which were in the names of individuals identified herein as C.K. and E.B. In doing so, **ADEBAYO** viewed claims filed on October 4, 2020 for the C.K. account and claims filed on October 25, 2020 for the E.B. account. Both accounts were created as part of the scheme alleged in Count One.

33. In violation of Title 18, United States Code, Section 1030(a)(4) and (c)(3)(A).

## COUNT SIX
## Destruction of Evidence
## Title 18, United States Code, Section 1512(c)(1)

34. The factual allegations set forth in paragraphs 3–7 of this Second Superseding Indictment are re-alleged in Count Six as though fully set forth herein.

35. On or about July 14, 2021, in the Southern District of Alabama, and elsewhere, the defendant,

**KAMORU TEMITOPE ADEBAYO**

did corruptly alter, destroy, mutilate, and conceal electronic records and documents, and attempt to do so, with the intent to impair the integrity and availability of the electronic records and documents for use in an official proceeding, to-wit: a federal criminal trial.

36. On July 7, 2021, a superseding indictment, which included charges against **ADEBAYO**, among others, was unsealed following the arrests of **GREEN** and **MAJEKODUNMI**. At this point, the details of the charges against **ADEBAYO** were a matter of public record.

37. On or about July 14, 2021, **ADEBAYO** accessed the Brewton Server and deleted files stored on it that were associated with the charged wire fraud conspiracy. **ADEBAYO** also opened three internet browsers on the Brewton Server and deleted the browsing history.

38. In violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT SEVEN
### Corruptly Obstruct, Influence, or Impede an Official Proceeding
### Title 18, United States Code, Section 1512(c)(2)

39. The factual allegations set forth in paragraphs 3–7 of this Second Superseding Indictment are re-alleged in Count Seven as though fully set forth herein.

40. Beginning on or about July 7, 2021 and continuing through the date of this second superseding indictment, the defendant,

**ABIODUN OGUNGBENLE,**

did corruptly obstruct, influence, and impede testimony in an official proceeding, and attempt to do so, to-wit: an upcoming federal criminal trial in the Southern District of Alabama.

41. Starting July 7, 2021, which was the date of **GREEN**'s arrest on the charges in the superseding indictment, **OGUNGBENLE**, utilizing email address sirabwoodgate23@gmail.com, began sending **GREEN** e-mails in which **OGUNGBENLE** demanded that **GREEN** get in touch with him immediately. When **GREEN** did not respond to these e-mails, **OGUNGBENLE** directed threats toward **GREEN**. In addition, **OGUNGBENLE** also attempted to offer incentives to

**GREEN**. The following are examples of some, but not all, of such e-mails sent by **OGUNGBENELE** to **GREEN** during this time period:

a. On August 13, 2021, **OGUNGBENLE** sent an e-mail to **GREEN** stating: "*MS GREEN THE HEADQUARTERS IS WAITING ON YOU TO GIVE US YOUR NEW NUMBER AND YOU NEED TO DO THAT AS SOON AS POSSIBLE BECAUSE WE HAVE A LOT OF INFORMATION TO GET FROM YOU SO WE CAN KNOW WHERE WE CAN COME IN AND ALSO WE ARE GIVEN YOU A NEW JEEP TO SAY SORRY AND APOLOGIZE TO YOU AND DO YOU STILL NEED A LAWYER ABOUT YOUR NEXT MONTH COURT.*"

b. On August 16, 2021, **OGUNGBENLE** sent an e-mail to **GREEN** stating: "*SEAN P. COSTELLO CHRISTOPHER BODNAR GINA VANN. THIS ARE THE NAME OF THE JUDGES AND THE FBI WE WANT TO SIT THEM DOWN I MEAN THE JUDGE THAT IS WHY THERE ASK YOU TO PAY $1,800 OR $2,000 THIS WEEK FRIDAY AND ALSO YOUR NUMBER IS NEEDED THAT'S WHAT THE HEADQUARTERS SAID TO ME ON PHONE THIS MORNING OKAY.... WAIT TO HEAR FROM YOU AS SOON AS POSSIBLE JUDGES SONJA F. BIVINS KATHERINE P. NELSON WILLIAM E. CASSADY.*"

c. On September 2, 2021, **OGUNGBENLE** sent an e-mail to **GREEN** stating: "*YOU ARE WICKED AND WE HAVE PLAN FOR YOU TOO AND WE KNOW YOU ARE STUBBORN BUT BY THE TIME YOU FIND OUT WHAT THE PLAN IS YOU WILL BE THE ONE BEG US*

    *HERE AND THERE MIND THE UPS MAN WIFE HAVE ALL THE VOICE CALL AND THE PICTURE HOW IS MAN GOT DIE OKAY FIND OUT YOU CRY FOR THIS.*"

  d. On September 18, 2021, **OGUNGBENLE** sent an e-mail to **GREEN** stating: "*MS GREEN IF WE DON'T HEAR ANY RESPOND FROM YOU WE GET ALL YOUR FAMILY MEMBER ARRESTED BEFORE GET YOU TOO AND YOUR DAUGHTER AND ALSO WE CAN TELL YOU THAT YOU DON'T FUNERAL YOUR FATHER IN NORMAL WAY.*"

42. Although the messages from **OGUNGBENLE** originated outside the United States and were received by **GREEN** in South Carolina, venue over this offense is proper in the Southern District of Alabama, pursuant to 18 U.S.C. § 1512(i), because the Southern District of Alabama is the district in which the official proceeding was intended to be affected.

43. In violation of Title 18 United States Code, Section 1512(c)(2).

## FORFEITURE NOTICE

44. The allegations contained in Counts One through Seven of this Second Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A).

45. Upon conviction of any of the Counts One through Seven in this Indictment, the defendants,

    **KAMORU TEMITOPE ADEBAYO,**
    **EVELYN GREEN,**
    **TEMITOPE MAJEKODUNMI,**
    **AYODELE ELIJAH ABOLARINWA, and**
    **ABIODUN OGUNGBENLE**

shall forfeit to the United States of America, pursuant to Title 18, Untied States Code, Section 982(a)(2)(A), any property constituting, or derived from proceeds obtained, directly or indirectly,

as a result of such violation. The property to be forfeited includes, but is not limited to, the following:

**A sum of money in United States currency, representing the amount of proceeds derived from or obtained as a result of the offenses charged in Count One through Seven of the Superseding Indictment.**

46. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or disposed of with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficult,

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

_____

CHRISTOPHER J. BODNAR
Assistant United States Attorney


_Kasee Heisterhagen for Sean P. Costello_
SEAN P. COSTELLO
Chief, Criminal Division

DECEMBER 2021